IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>ex rel. Gregory Sanders, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MIDSOUTH PAVING, INC., )<br>d/b/a APAC Mid-South, )<br>Inc.; and GOOD HOPE )<br>CONTRACTING COMPANY, INC., )<br>d/b/a Good Hope )<br>Contracting, Inc. )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:15cv160-MHT<br>(WO) |

**JUDGMENT**

It is the ORDER, JUDGMENT, and DECREE of the court that that the motion to dismiss without prejudice (doc. no. 22) is granted and that this cause is dismissed in its entirety without prejudice and with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 6th day of June, 2017.

                                       /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE